IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No. 4:19-CR-121 |
| v. | ) |
| | ) DISMISSAL |
| LARRY PERRY, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Iowa hereby dismisses the indictment in the above-captioned case as to defendant Larry Perry, without prejudice.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By:  */s/ Ryan W. Leemkuil*
Ryan W. Leemkuil
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email:  Ryan.Leemkuil@usdoj.gov

LEAVE OF COURT IS HEREBY GRANTED TO FILE THE ABOVE DISMISSAL.

January 6, 2020
Date

_Robert W. Pratt_
Hon. Robert W. Pratt
United States District Judge