— Clerk of Courts office —
United States
District Court          Criminal No. 4:19-cr-121
Southern District

Defendant's concern about his further "Rights" being violated with the Due Process of A speedy trial.

FILED
JAN 09 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

To whom this issue may concern,
I am writing this to you because as of June 28th, 2019, I have been waiting patiently to face my said Accuser in trial, and I have "not" waived my Rights to A speedy trial.

On the State or Federal Level of the Courts, my Due Process has not, and still isn't being met, and the Assistant County Attorney that is on this case, along with my Attorney, continue to push my trial back, and I wish this could stop.

I am speaking to the Courts right now, on my own behalf, that as soon as this "Motion to Suppress" is either Finalized, or further continued by said Judge, I am ready to move forward with a Pretrial, with no more further Continuance by me, my attorney, nor the state's Attorney.

My Due Process is being violated by the Courts, and I am ready to proceed as soon as this "Motion to Suppress" is finalized by said Judge.

Thank you Sincerely,
Larry Perry
Larry Perry (#1073720)

Robyn Berardo
COMMISSION NO. 816077
MY COMMISSION EXPIRES
5/27/2020
Robyn Berardo

Mr. LARRY PERRY #1093720
Newton Corr. Fac.
Box 218
Newton Iowa, 50208

Legal Mail

CLEARED BY U.S.M.S. JES

NOTICE: This correspondence was
mailed [from an in]stitution of the Iowa
Depart[ment of C]orrections.

DES MOINES IA 500
07 JAN 2020 PM 4   FOREVER

Barn Swallow

U.S. District Court
Clerks Office   Room 300
123 E. Walnut Street
Des Moines Iowa, 50309

50309-208499